# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663  201-845-9600  FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

July 23, 2013

<u>VIA ELECTRONIC FILING</u>
Hon. William H. Walls, Senior Judge
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 4046
Newark, NJ 07102

<u>VIA ELECTRONIC FILING</u>
Hon. Steven C. Mannion, U.S. Magistrate Judge
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 3C
Newark, NJ 07102

RE: <u>Kim, et al. v. Dongbu Tour & Travel, Inc. et al.</u>
Docket No.: 12-cv-1136 (WHW)(SCM)
Our File: 38,444-0

Your Honors:

We represent Plaintiffs in the above matter.

An initial scheduling conference with Magistrate Arleo on August 20, 2012 was adjourned without date when Defendants appealed the Court's Orders denying arbitration and denying a stay.

By Order filed June 19, 2013, the Third Circuit rejected Defendants' appeal.

Plaintiffs therefore request that a scheduling conference be set as soon as practicable.

Respectfully submitted,

/s/Charles R. Cohen

Charles R. Cohen

CRC:bb

cc: Michael S. Kimm, Esq. - Via Electronic Mail