UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Michael S. Kimm (MK4476)
Francesco A. Savoia
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
T: 201-569-2880
*Attorneys for Defendants*

| | |
|---|---|
| TAE IN KIM and DAVID D. KIM, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>    vs.<br><br>DONGBU TOUR & TRAVEL, INC., and KYU SUNG CHO,<br><br>         Defendants. | 2:12-CV-1136-WHW-MCA<br><br>**MOTION TO FILE DECLARATION OF MICHAEL S. KIMM, ESQ. UNDER SEAL** |

PLEASE TAKE NOTICE that defendants will move before the Court on **short notice**, on November 4, 2013, on submission pursuant to Rule 78, for an Order granting defendants' counsel to file the declaration of Michael S. Kimm, Esq., under seal as it implicated attorney client privilege, pursuant to Local Rule 5.3(c).

Defendants will rely on this notice, the supporting Declaration of Michael S. Kimm, and on the record in the case.

1

Dated: October 14, 2013       /s/ Michael S. Kimm
                  Michael S. Kimm

Certificate of Service

Michael S. Kimm, Esq., certifies the foregoing notice was served as follows:

Upon all counsel of record:

    ECF

Upon Dongbu Tour & Travel, Inc., and Mr. Kyu Sung Cho,

    by email and mail addressed to
    23 Broad Avenue, 2d Floor
    Palisades Park, NJ 07650

Dated: October 14, 2013　　　　　　　　/s/ Michael S. Kimm
　　　　　　　　　　　　　　　　　　　Michael S. Kimm